1004

[No. 43102-1-I.     Division One.     January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIO V. FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03725-7, Patricia H. Aitken, J., entered July 24, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43137-4-I.     Division One.     January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIUS RITCHIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-02027-6, Charles S. French, J., entered August 3, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 43227-3-I.     Division One.     January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK GERARD SANDERS-ERVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-00764-0, Peter Jarvis, J., entered July 22, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43334-2-I.     Division One.     January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MCCAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03125-1, James Bryan Street, J., entered August 21, 1998. *Remanded* by unpublished per curiam opinion.